

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed June 14, 2016

_____
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| CARLOS MARTINEZ DUNCKER | § | CASE NO.   16-41520-RFN |
| Debtor | § | Chapter 13 |

_____

### ORDER GRANTING SPECIFIC AND LIMITED
### RELIEF FROM THE AUTOMATIC STAY

Came to be considered the Motion for Relief from the Automatic Stay (the "Motion"), filed by CARLOS MARTINEZ DUNCKER ("Movant").  Notice was duly and timely served.  The Court is of the opinion that the relief sought in the Motion should be granted.

**IT IS THEREFORE ORDERED** that as to the state court proceeding styled: *IN RE: RUTH VILLEGAS MEDELLIN, PETITIONER AND CARLOS MARTINEZDUNCKER, RESPONDENT,* Case No. 2013 D 4946 consolidated with 2015 D 3655, in the Circuit Court of Cook County, Illinois, County Department, Domestic Relations Division (the "State Court Litigation"), the automatic stay is terminated and prosecution may continue as to the following matters:

(i) for the establishment of paternity;

(ii) for the establishment or modification of an order for domestic support obligations;

(iii) concerning child custody or visitation;

(iv) for the dissolution of the marriage;

(v) of the collection of a domestic support obligation from property that is not property of the estate;

(vi) of the reporting of overdue support owed by a parent to any consumer reporting agency as specified in section 466(a)(7) of the Social Security Act [42 U.S.C. § 666(a)(7)];

(vii) of the interception of a tax refund, as specified in sections 464 and 466(a)(3) of the Social Security Act [42 U.S.C. §§ 664 and 666(a)(3)] or under an analogous State law; or

(viii) of the enforcement of a medical obligation, as specified under title IV of the Social Security Act [42 U.S.C. §§ 601 et seq.]

**IT IS FURTHER ORDERED** with respect to the State Court Litigation, the automatic stay is not terminated as to the following matters and assets which will remain property of the

bankruptcy estate and subject to the automatic stay:

    (i)    Division of the property of the estate;

    (ii)    Enforcement or collection of legal fees awarded to attorneys in the State Court Litigation.

**\*\*\*\*\* END OF ORDER \*\*\*\*\***