Behrooz P. Vida,   SBOT No. 20578040
Carla R. Vida, SBOT No. 16674445
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
TEL:  (817) 358-9977
FAX: (817) 358-9988
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| CARLOS MARTINEZ DUNCKER | § | CASE NO.  16-41520-RFN |
| Debtor | § | Chapter 13 |

### NOTICE ON PRELIMINARY HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY

The preliminary hearing on the Motion for Relief from Stay as filed by CARLOS MARTINEZ DUNCKER is set for November 16, 2016, at 9:30 am before the Honorable R.F. Nelms, United States Bankruptcy Judge, 501 W. Tenth Street, Room 204 Fort Worth, Texas 76102.  A creditor or party in interest is not required to attend unless the Creditor or party in interest files an objection to the Motion.

If no objection to the Motion is filed before the above date the Court may grant the relief sought.

I hereby certify that a true and correct copy of the above and forgoing instrument was served on the date that the instrument was filed electronically.  Service was accomplished electronically and/or first class mail to the parties indicated below:

| | |
|---|---|
| Michael D. Sevin<br>161 North Clark Street, Suite 2600<br>Chicago, Illinois   60601 | Via US Mail |
| Phillip A. Brigham<br>Law Office of Phillip Brigham, LLC<br>53 West Jackson, Suite 1128<br>Chicago, Illinois  60604 | Via US Mail |

Efrain Vega Via US Mail
The Law Office of Efrain Vega
2251 west 24th Street
Chicago, Illinois   60608

Tim Truman, Chapter 13 Trustee Via ECF
Fort Worth

Parties having filed NOA Via ECF

United States Trustee's Office Via ECF
Region 6

By: /s/ Behrooz P. Vida October 24, 2016
Behrooz P. Vida
State Bar No. 20578040
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
TEL:   (817) 358-9977
FAX: (817) 358-9988