Behrooz P. Vida, SBOT No. 20578040
Carla Reed Vida, SBOT No. 16674445
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
Tel:  (817) 358-9977
Fax:  (817) 358-9988
filings@vidalawfirm.com
ATTORNEYS FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-41520-13 |
| CARLOS MARTINEZ-DUNCKER | § | |
| Debtor(s) | § | |

## AGREED MOTION FOR RELIEF FROM AUTOMATIC STAY

TO THE HONORABLE JUDGE OF THE SAID COURT:

CARLOS MARTINEZ-DUNCKER ("Debtor"), and SARA MARIEL OROZCO ("Spouse"), file this Motion For Relief From Automatic Stay (the "Motion") and would respectfully show the Court as follows:

### NOTICE

**RESPONSE REQUIRED.** THE TRUSTEE (IF ONE HAS BEEN APPOINTED) OR THE DEBTOR SHALL FILE A RESPONSE TO ANY MOTION FOR RELIEF FROM THE AUTOMATIC STAY WITHIN 14 DAYS FROM THE SERVICE OF THE MOTION. THE DEBTOR'S RESPONSE SHALL INCLUDE A DETAILED AND COMPREHENSIVE STATEMENT AS TO HOW THE MOVANT CAN BE "ADEQUATELY PROTECTED" IF THE STAY IS TO BE CONTINUED. IF THE DEBTOR DOES NOT FILE A RESPONSE AS REQUIRED, THE ALLEGATIONS IN THE CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY SHALL BE DEEMED ADMITTED, UNLESS GOOD CAUSE IS SHOWN WHY THESE ALLEGATIONS SHOULD NOT BE DEEMED ADMITTED, AND AN ORDER GRANTING THE RELIEF SOUGHT MAY BE ENTERED BY DEFAULT.

UNDER BANKRUPTCY RULE 9006(3) SERVICE BY MAIL IS COMPLETE UPON MAILING; UNDER BANKRUPTCY RULE 9006(f), 3 DAYS ARE ADDED TO THE PERIOD FOR FILING A RESPONSE WHEN NOTICE OF THE PERIOD IS SERVED BY MAIL.

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and 11 U.S.C. § 362.

2. This is a core proceeding.

3. On April 14, 2016, Debtor filed this voluntary Chapter 13 bankruptcy.

4. Debtor and Spouse wish to proceed with and complete a divorce action. Debtor and Spouse are of the opinion that the 2005 BAPCPA changes have mooted the necessity of filing a motion for relief, as far as Debtor's situation is concerned, however, out of an abundance of caution Debtor and Spouse are filing this Motion.

5. Debtor and Spouse seek the entry of an order modifying the automatic stay for cause pursuant to 11 U.S.C. §362(d)(1).

WHEREFORE, PREMISES CONSIDERED, Debtor and Spouse request the entry of an order granting relief from stay so that they may proceed with a divorce action, and granting Debtor and Spouse other and further relief as may be appropriate.

Respectfully submitted:

By: /s/Behrooz P. Vida      March 31, 2017
Behrooz P. Vida
State Bar No. 20578040
Carla Reed Vida
State Bar No. 16674445
THE VIDA LAW FIRM, PLLC
3000 Central Drive

Bedford, Texas 76021
EMAIL: filings@vidalawfirm.com
TEL: (817) 358-9977
FAX: (817) 358-9988

AGREED:

_____
CARLOS MARTINEZ-DUNCKER

_____
SARA MARIEL OROZCO

## CERTIFICATE OF CONFERENCE

Undersigned has communicated with the office of the Chapter 13 Trustee and the motion is unopposed.

/S/ Behrooz P. Vida         March 28, 2017
Behrooz P. Vida
Carla R. Vida

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and forgoing instrument was served on the date that the instrument was filed electronically. Service was accomplished electronically and/or by first class mail to the parties indicated on the matrix attached to the court filed original motion.

By: /s/Behrooz P. Vida         March 31, 2017
Behrooz P. Vida
Carla R. Vida

Adela Martinez Duncker Ramirez
Pase De Las Rosas 41
Fracc Club De Golf Tabachines
Cuernavaca, Morelos CP 62498, Mexico

Adriana Simon
5508 Valley View Dr.
Colleyville, Texas 76034

Bank of America Visa
PO Box 851001
Dallas, Texas 75285-1001

Eduardo Perusquia Ortega
Paseo De Las Rosas 41,
Fracc Club De Golf Tabachines
Cuernavaca, Morelos CP 62498, Mexico

Efrain Vega
Guardian Ad Litem
2251 West 24th Street
Chicago, IL 60608

IL Dept. Healthcare/Family Services
509 S. 6th Street
Springfield, IL 62701

Internal Revenue Service Center
PO Box 7346
Philadelphia, PA 19101-7346

Ivan Martinez Duncker Ramriez
Pase De Las Rosas 41
Fracc Club De Golf Tabachines
Cuernavaca, Morelos CP 62498, Mexico

Maricarmen Orozco
8524 Ellis Dr.
North Richland Hills, Texas 76182

Michael Sevin
Beermann Pritikin Mirabelli Swerdlove LL
161 North Clark St, Suite 2600
Chicago, IL 60601

Oscar H. Simon
5508 Valley View Dr.
Colleyville, Texas 76034

Phil Brigham
53 West Jackson Suite 1128
Chicago, IL

Platte River Insurance Company
PO Box 5900
Madison, WI 53705

Rafael Vargas
1328 W 18th St.
Chicago, IL 60608

Ruth Villegas Medellin
c/o Beermann Pritikin Mirabelli Swerdlov
161 N. Clark Street, Suite 2600
Chicago, Il 60601

Ruth Villegas Medellin
c/o IL Dept Health Care/Family Services
509 S. 6th Street
Springfield, IL 62701

St. Pius V. Catholic School
1919 S. Ashland Ave.
Chicago, IL 60608

Tarrant County
Linebarger Goggan Blair & Sampson, LLP
c/o Melissa L. Palo
2777 N. Stemmons Fwy, Suite 1000
Dallas, TX 75207

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

Victor M. Rodriquez, CPA
PO Box 40014
Studio City, CA 91614