

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed April 3, 2017**

United States Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| CARLOS MARTINEZ-DUNCKER | § | CASE NO. 16-41520-13 |
| Debtor(s) | § | |

### ORDER GRANTING AGREED MOTION FOR RELIEF FROM STAY

On this day came on to be considered the Agreed Motion for Relief from Automatic Stay (the "Motion"), filed by CARLOS MARTINEZ-DUNCKER ("Debtor"), and MARIEL OROZCO ("Spouse"). Notice was duly and properly served. The Court is of the opinion that the relief sought in the Motion should be granted. It is therefore,

**IT IS THEREFORE ORDERED** that the automatic stay is terminated as to Debtor and Spouse

so that they may in a court of competent jurisdiction in the state of Texas, prosecute a divorce action and division of property and any other necessary matters which are part of a divorce action.

**\*\* END OF ORDER\*\***

AGREED:

_____
CARLOS MARTINEZ-DUNCKER

_____
SARA MARIEL OROZCO

Prepared by:
Behrooz P. Vida, SBOT No. 20578040
Carla Reed Vida, SBOT No. 16674445
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
Tel: (817) 358-9977
Fax: (817) 358-9988
filings@vidalawfirm.com