Behrooz P. Vida,  SBOT No. 20578040
Carla R. Vida, SBOT No. 16674445
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
Attorney for Debtor(s)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| CARLOS MARTINEZ DUNCKER xxx-xx-0472 | § | CASE NO.  16-41520 |
| 6409 Brynwyck Lane | § | |
| North Richand Hills, Texas  76182 | § | CHAPTER 13 |
| Debtor(s) | § | |

## DEBTOR'S MODIFICATION OF CHAPTER 13
## <u>PLAN AFTER CONFIRMATION</u>

TO THE HONORABLE BANKRUPTCY JUDGE

Pursuant to 11 USC 1329 the Debtor requests the following modification(s) to the Debtor's Confirmed Chapter 13 Plan:

### HISTORY OF CASE

| | |
|---|---|
| Petition Date: | 4/14/2016 |
| Confirmation Date: | 7/15/2016 |
| Confirmed Plan Base: | $6,000.00 |
| Confirmed Plan Payment: | $100.00 x 60 |
| Total Paid In: | $1,800.00 |
| Outstanding Base Balance: | $8,106.00 |
| Confirmed Plan Term: | 60 months |
| Months Remaining: | 43 months |

## <u>NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST</u>

**THE CLAIM TREATMENT OUTLINED IN THIS MODIFICATION WILL BE CONTROLLING AND WILL SUPERCEDE THE CLAIM TREATMENT INDICATED ON THE PREVIOUSLY CONFIRMED OR MODIFIED PLAN.**

## MODIFICATION(S) OF DEBTOR'S PAYMENTS TO TRUSTEE

Debtor's monthly payment amount remains $100.00 per month for the next one (1) months, then changes to $190.00 per month for the final forty-three (43) months.

The above changes(s) will result in a new "BASE AMOUNT" (total payments due to the Trustee under the Plan, if all payments are timely made) of $10,031.00.

Plan payments to the Trustee as listed above will resume on or before September 14, 2017 and every thirty (30) days thereafter.

## MODIFICATION OF PAYMENTS TO CREDITOR(S)

1.    Change treatment of priority creditor, **Internal Revenue Service**, to provide for the proof of claim filed on August 23, 2017 [Claims Register No. 3] to be $3,146.41 at 4%.

2.    To cure plan arrears to the Trustee, if any.

5.    Remove excess base language from plan.

6.    All other provisions as set forth in the last confirmed plan remains the same.

## DEBTOR'S ATTORNEY FEES

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $400.00, of which $0 has been paid direct to Debtors' attorney and $400.00 will be paid through the plan by the Trustee pro rata, after payments specified monthly and before any other pro rata payments.

Respectfully submitted:

By: /s/ Behrooz P. Vida    9/6/17
Behrooz P. Vida
State Bar No. 20578040
Carla Reed Vida
State Bar No. 16674445
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
EMAIL: filings@vidalawfirm.com
TEL:  (817) 358-9977
FAX: (817) 358-9988

CERTIFICATE OF SERVICE

I hereby certify that on the date on which above and forgoing instrument was filed electronically, a true and correct copy of the instrument was served either electronically or via first class mail on the parties indicated below.

Tim Truman                                    Via ECF
Chapter 13 Trustee
6851 NE Loop 820 #300
Fort Worth, Texas 76180

Carlos Martinez Duncker                       Via US Mail
6409 Brynwyck Lane
North Richand Hills, Texas  76182

Internal Revenue Service                      Via US Mail
PO Box 7346
Philadelphia, PA 19114

Donna Webb, Asst US Attorney                  Via US Mail
801 Cherry St., Unit 4
Fort Worth, TX 76102

US Attorney D.O.J                             Via US Mail
Maxus Tower- Tax Division
717 N Harwood Suite 400
Dallas, TX 75201

U.S. Attorney                                 Via US Mail
Northern District of Texas
1100 Commerce St.
Dallas, Texas 75242

U.S. Attorney General                         Via US Mail
Main Justice Building, Room 5111
10th & Constitution Ave., N.W.
Washington, D.C. 20530

Internal Revenue Service                    Via US Mail
Sp. Proc.- Mail Code 5026 Dal
1100 Commerce Street, Room 300
Dallas, Texas 75242

/s/ Behrooz P. Vida      9/6/17
Behrooz P. Vida
Carla R. Vida