Behrooz P. Vida, SBOT No. 20578040
Carla Reed Vida, SBOT No. 16674445
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
Tel: (817) 358-9977
Fax: (817) 358-9988
ATTORNEYS FOR DEBTOR(S)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| CARLOS MARTINEZ DUNCKER | § | CASE NO. 16-41520-13 |
| | § | |
| DEBTOR(S) | § | |

### NOTICE OF CHANGE OF ADDRESS
### FILED ON BEHALF OF DEBTOR(S)

Please correct your records to reflect the following as the new mailing address for the debtor(s) in this proceeding:

CARLOS MARTINEZ DUNCKER
8404 FOREST LANE, APT. 1305
DALLAS, TX 75243

/S/ Behrooz P. Vida    20th day of November, 2017    Behrooz P. Vida
State Bar No. 20578040
Carla Reed Vida
State Bar No. 16674445
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
EMAIL: filings@vidalawfirm.com
TEL: (817) 358-9977
FAX: (817) 358-9988

NOTICE OF CHANGE OF ADDRESS
FILED ON BEHALF OF DEBTOR(S)                                                   PAGE 1 of 1