**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TEXAS  76180-6608**
**(817) 770-8500**
**FAX (817) 770-8508**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

In Re:                                                                                      Case No: 16-41520-ELM

    CARLOS MARTINEZ DUNCKER

        Debtor

**NOTICE OF FILING OF FINAL REPORT AND ACCOUNT BY TRUSTEE**

Notice is hereby given pursuant to 11 U.S.C. 350 and Bankruptcy Rule 5009 that Tim Truman, Chapter 13 Trustee, has filed a Final Report and Account in the above styled and numbered case certifying that the estate has been fully administered.  The Final Report and Account is on file with the CLERK OF THE BANKRUPTCY COURT, 204 U.S. Courthouse, 10th and Lamar Street, Fort Worth, Texas  76102-3643 and is available for review.  A summary of the report is as follows:

| | |
|---|---|
| Total Receipts | $7,825.00 |
| Administrative Disbursements  * | $1,466.57 |
| Debtor Refund Disbursements | $62.00 |
| Secured Disbursements | $0.00 |
| Priority Disbursements | $2,760.00 |
| Unsecured Disbursements | $3,536.43 |

* Includes Attorney Fees, Notice Fees, Trustee Fees and Clerk's Fees

| | |
|---|---|
| Total Disbursements | $7,825.00 |

Notice is further given that unless an objection is filed by the United States Trustee or a party in interest within 30 days of service of this notice, the Court may declare that the bankruptcy estate has been fully administered, and that the Trustee should be discharged and further liability on said Trustee's bond with respect to this case can be terminated.

April 30, 2021                                                                /s/ Tim Truman

                                                                                         Tim Truman, Standing Chapter 13 Trustee

United States Bankruptcy Court

Northern District of Texas

In re:  
Carlos Martinez Duncker  
    Debtor

Case No. 16-41520-elm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0539-4      User: ctello      Page 1 of 2  
Date Rcvd: May 03, 2021      Form ID: pdf013      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carlos Martinez Duncker, 8404 Forest Lane, apt. 1305, Dallas, TX 75243-4029 |
| cr | + | Tarrant County, Linebarger Goggan Blair & Sampson, LLP, c/o Melissa L. Palo, 2777 N. Stemmons Frwy, Suite 1000 Dallas, TX 75207-2328 |
| 17054233 | | Adela Martinez Duncker Ramirez, Pase De Las Rosas 41, Fracc Club De Golf Tabachines, Cuernavaca, Morelos CP 62498, Mexico |
| 17054234 | + | Adriana Simon, 5508 Valley View Dr., Colleyville, Texas 76034-3203 |
| 17054235 | | Bank of America Visa, PO Box 851001, Dallas, Texas 75285-1001 |
| 17054237 | | Eduardo Perusquia Ortega, Paseo De Las Rosas 41,, Fracc Club De Golf Tabachines, Cuernavaca, Morelos CP 62498, Mexico |
| 17054238 | + | Efrain Vega, Guardian Ad Litem, 2251 West 24th Street, Chicago, IL 60608-3933 |
| 17054239 | + | IL Dept. Healthcare-Family Services, 509 S. 6th Street, Springfield, IL 62701-1809 |
| 17054241 | | Ivan Martinez Duncker Ramriez, Pase De Las Rosas 41, Fracc Club De Golf Tabachines, Cuernavaca, Morelos CP 62498, Mexico |
| 17054242 | + | Maricarmen Orozco, 8524 Ellis Dr., North Richland Hills, Texas 76182-7438 |
| 17084740 | + | Michael Sevin, Beermann Pritikin Mirabelli Swerdlove LL, 161 North Clark St, Suite 2600, Chicago, IL 60601-3243 |
| 17054243 | + | Phil Brigham, 53 West Jackson Suite 1128, Chicago, IL 60604-3763 |
| 17084741 | + | Platte River Insurance Company, c/o CapSpecialty, 1600 Aspen Commons, Suite 300, Middleton, WI 53562-4772 |
| 17084742 | + | Rafael Vargas, 1328 W 18th St., Chicago, IL 60608-4488 |
| 17054244 | + | Ruth Villegas Medellin, CO Beermann Pritikin Mirabelli Swerdlov, 161 N. Clark Street, Suite 2600, Chicago, Il 60601-3243 |
| 17054245 | + | Ruth Villegos Medellin, CO IL Dept Health Care-Family Services, 509 S. 6th Street, Springfield, IL 62701-1809 |
| 17054246 | + | St. Pius V. Catholic School, 1919 S. Ashland Ave., Chicago, IL 60608-2993 |
| 17095667 | + | Tarrant County, Linebarger Goggan Blair & Sampson, LLP, c/o Melissa L. Palo, 2777 N. Stemmons Fwy, Suite 1000, Dallas, TX 75207-2328 |
| 17054248 | + | Victor M. Rodriquez, CPA, PO Box 40014, Studio City, CA 91614-4014 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 17054240 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 03 2021 21:54:00 | Internal Revenue Service Center, PO Box 7346, Philadelphia, PA 19101-7346 |
| 17230685 | + | Email/Text: bankruptcy@jomaxrecovery.com | May 03 2021 21:56:00 | Jomax Recovery Services, 9242 W. Union Hills Drive #102, Peoria, AZ 85382-8219 |
| 17054247 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 03 2021 21:54:00 | Verizon Wireless, PO Box 660108, Dallas, TX 75266-0108 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Jomax Recovery Services, 9242 W. Union Hills Drive #102, Peoria, AZ 85382-8219 |
| 17912791 | *+ | Carlos Martinez Duncker, 8404 Forest Lane, Apt. 1305, Dallas, TX 75243-4029 |
| 17054236 | ##+ | Beermann Pritikin, Mirabelli Swerdlove LLP, 161 North Clark St, Suite 2600, Chicago, IL 60601-3243 |

| District/off: 0539-4 | User: ctello | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 03, 2021 | Form ID: pdf013 | Total Noticed: 22 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 05, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Behrooz P. Vida | on behalf of Debtor Carlos Martinez Duncker filings@vidalawfirm.com  legalprokirstin@gmail.com;bkfilings@yahoo.com |
| Melissa Linell Palo | on behalf of Creditor Tarrant County lisa.cockrell@lgbs.com  janell.buster@lgbs.com;michael.alvis@lgbs.com |
| Tim Truman | ftworthchapter13trustee-ecf@ch13ftw.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 4